**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** |
| | : | |
| **v.** | : | |
| | : | |
| **JONATHAN WEBB,** | : | **VIOLATIONS:** |
| | : | **18 U.S.C. § 371** |
| **Defendant.** | : | **(Conspiracy to Commit an Offense** |
| | : | **Against the United States)** |
| | : | **22 D.C. Code § 404.01, 4502 (2001 ed.)** |
| | : | **(Aggravated Assault While Armed)** |

**I N F O R M A T I O N**

The United States Attorney charges that:

**COUNT ONE**

Beginning in or about June 2018, the exact date being unknown to the United States, and continuing through at least December 14, 2018, in the District of Columbia and elsewhere, **JONATHAN WEBB**, also known as "Arab," T.A., also known as "Rell," A.H., also known as "Dusty," Co-Conspirator-1 ("CC-1"), Co-Conspirator-2 ("CC-2"), and others known and unknown to the United States, did knowingly and willfully combine, conspire, confederate and agree together and with other persons, to commit certain offenses against the United States, to wit:

   a. Engaging in interstate travel with the intent to acquire firearms in furtherance of conduct constituting a violation of Title 18, United States Code, Section 922(a)(1)(A), in violation of Title 18, United States Code, Section 924(n);

   b. Transferring, selling, giving, transporting, and delivering firearms to persons not residing in the State where the transferor resides, in violation of Title 18, United States Code, Section 922(a)(5);

c. Making false and fictitious oral and written statements intended to, and likely to, deceive a firearms dealer with respect to facts material to the lawfulness of the sale or other disposition of firearms, in violation of Title 18, United States Code, Section 922(a)(6);

d. Selling, disposing, and transferring firearms to prohibited persons in violation of Title 18, United States Code, Section 922(d);

e. Possessing firearms after being convicted of a crime punishable by more than one year imprisonment, in violation of Title 18, United States Code, Section 922(g)(1);

f. Transporting, possessing, and receiving firearms with obliterated and altered serial numbers in violation of Title 18, United States Code, Section 922(k).

## GOAL OF THE CONSPIRACY

The goal of the conspiracy was to obtain firearms from licensed firearms dealers in the Commonwealth of Virginia and transfer and transport these firearms to the District of Columbia and elsewhere, for the purpose of illegally reselling these firearms for profit to individuals prohibited or otherwise unable to legally acquire firearms.

## OVERT ACTS IN FURTHERANCE OF THE CONSPIRACY

In furtherance of the conspiracy, and in order to effect the objects thereof, defendant **JONATHAN WEBB**, also known as "Arab," along with T.A., also known as "Rell," A.H., also known as "Dusty," CC-1, CC-2, and others known and unknown to the United States, in various combinations, directly and indirectly, within the District of Columbia and elsewhere, committed overt acts, including, but not limited to, the following:

a.     On June 25, 2018, CC-1 sent T.A. a text message containing photographs of multiple semi-automatic handguns.

b.     On June 26, 2018, CC-1 sent T.A. a text message containing a photograph of a semi-automatic handgun.

c.     On or about June 27, 2018, CC-1, CC-2, and **JONATHAN WEBB** traveled together to Sharpshooters Indoor Gun Range and Pro Shop, a Federally Licensed Firearm Dealer (FFL) in Lorton, Virginia.

d.     On or about June 27, 2018, CC-1 and **JONATHAN WEBB** entered the shop and inspected firearms for sale while CC-2 waited outside in an automobile.

e.     On or about June 27, 2018, after inspecting firearms, CC-1 and **JONATHAN WEBB** exited the store and CC-2 entered the store in order to purchase a firearm for CC-1 and **JONATHAN WEBB** by providing materially false information on the ATF Form 4473 firearm transaction record.

f.     On or about June 27, 2018, after being informed of the price of the firearm, CC-2 told **JONATHAN WEBB** that he needed more money for the firearm purchase. **JONATHAN WEBB** then contacted T.A. and requested additional to funds to assist in purchasing a firearm.

g.     On or about June 27, 2018, after this conversation, CC-1, CC-2, and **JONATHAN WEBB** traveled to the Walmart in Kingstown, Virginia where **JONATHAN WEBB** received a $232.00 wire transfer of US Currency from T.A. for the purpose of acquiring a firearm.

h.    On or about June 27, 2018, after receiving this wire transfer from T.A., **JONATHAN WEBB** and CC-1 handed the money to CC-2. The three then drove back to the Sharpshooters firearm store and CC-2 entered the store with these funds and purchased a .40 caliber Smith and Wesson firearm on behalf of CC-1 and **JONATHAN WEBB**.

i.    On or about June 27, 2018, CC-1, CC-2, and **JONATHAN WEBB** traveled back to the District of Columbia with the .40 caliber Smith and Wesson firearm and filed off the serial number of the firearm in the apartment shared by CC-1 and CC-2.

j.    On or about June 27, 2018, CC-1 transferred the firearm to **JONATHAN WEBB.**

k.    On or about July 17, 2018, CC-1 sent a text message to **JONATHAN WEBB** which included a photograph of two semi-automatic firearms for sale with high capacity magazines attached inserted into the firearms.

l.    On or about July 20, 2018, **JONATHAN WEBB** sent a text message to CC-1 telling him that "I got a hit for da sd," referring to a firearm for sale.

m.    On or about July 20, 2018, CC-1 and CC-2 traveled to First Cash Pawn Shop in Arlington, Virginia and purchased a Smith and Wesson, .22LR caliber firearm.

n.    On or about July 20, 2018, CC-1 and CC-2 sold a Smith and Wesson .22LR caliber firearm to T.A.

o.    On July 21, 2018, CC-1 sent T.A. a text message containing a photograph of a semi-automatic handgun for sale.

p.    On or about July 21, 2018, T.A., **JONATHAN WEBB,** and others, gathered at the apartment shared by CC-1 and CC-2 and posed for photos with various firearms,

4

including a Smith & Wesson, .22LR caliber firearm, and several semi-automatic firearms.

q.      On or about July 21, 2018, T.A., **JONATHAN WEBB,** and others, traveled from the District of Columbia to the District of Maryland and filmed a music video while displaying multiple firearms, including the Smith & Wesson, .22LR caliber firearm, and several semi-automatic firearms.

r.      On July 22, 2018, CC-1 sent T.A. a text message containing a photograph of a semi-automatic firearm, and multiple cases of ammunition.

s.      On or about July 25, 2018, T.A. sent CC-1 a text message regarding the price of a firearm for sale stating, "700 even."

t.      On or about July 25, 2018, CC-1 and CC-2 traveled together to Liberty Pawn Shop in Fredericksburg, Virginia and purchased an H&K, .22LR caliber firearm.

u.      On or about July 25, 2018, CC-1 sent T.A. a text message containing photos of eight firearms for sale, including the H&K, .22LR caliber firearm.

v.      On or about July 25, 2018, T.A. and CC-1 discussed the logistics of a firearm sale and T.A. told CC-1 not to "forget the beam," referring to the laser sight accessory to a firearm.

w.      On or about July 25, 2018, T.A. sent another female to meet CC-1 to purchase a firearm from CC-1 and CC-2.

x.      On or about July 25, 2018, CC-1 and CC-2 sold an H&K, .22LR caliber firearm to T.A.

y.  On or about July 27, 2018, **JONATHAN WEBB** posted this music video to YouTube under the screenname ArabDaShoota.

z.  From in or around June 27, 2018 and continuing through July 27, 2018, CC-1 and CC-2 purchased approximately thirty-one firearms in furtherance of this conspiracy by traveling from the District of Columbia to the Commonwealth of Virginia and providing materially false information on firearm transaction forms.

aa.  In or around the end of July 2018, T.A. caused two female associates to pose for photos with the .22LR caliber Smith and Wesson and .22LR caliber H & K firearms that he purchased from CC-1 and CC-1.

bb.  In or about October 2018, T.A. made multiple phone calls from the Montgomery County Corrections Facility to associates in the District of Maryland to inquire on the status of his firearms and provide instructions to associates regarding the firearms.

cc.  Between in or about, September 2018 and December 14, 2018, T.A. caused a .22LR caliber Smith and Wesson firearm and a .22LR caliber H & K firearm, both with obliterated serial numbers, to be transferred and stored with A.H.

dd.  From in or about September 2018 and continuing through December 14, 2018, A.H. assisted T.A. in the continued illegal possession of a .22LR caliber Smith and Wesson firearm and a .22LR caliber H & K firearm, both with obliterated serial numbers, while T.A. served a period of incarceration in Montgomery County, Maryland.

6

ee.   On October 14, 2018, T.A. used a third party to place a phone call to A.H. from the
      Montgomery County Corrections Facility and inquired about the status of T.A.'s
      firearms and **JONATHAN WEBB's** firearms following a search warrant at T.A.'s
      home in Maryland.

ff.   On or about December 1, 2018, A.H. informed T.A. that T.A.'s firearms were being
      stored in A.H.'s home in Washington, D.C.

gg.   On or about December 14, 2018, A.H. possessed four firearms including a loaded
      .22LR caliber Smith and Wesson firearm with an obliterated serial number, a
      loaded .22LR caliber H & K firearm with obliterated serial numbers, and a loaded
      9mm firearm with no manufacturer label, no model number, and no serial number,
      commonly referred to as a "ghost gun."

hh.   On or about December 18, 2018, T.A. called A.H. from Montgomery County
      Corrections Facility and A.H. alerted T.A. that law enforcement had been to A.H.'s,
      that law enforcement officers wanted to talk to A.H. about T.A. and the illegal
      firearms, and that law enforcement may be monitoring their conversations.

(**Conspiracy to Commit an Offense Against the United States**, in violation of Title 18,
United States Code, Section 371)

7

## COUNT TWO

On or about October 8, 2018, within the District of Columbia, **JONATHAN WEBB**, while

armed with a firearm, did by any means, knowingly and purposely cause serious bodily injury to

E.L.

(**Aggravated Assault While Armed**, in violation of Title 22, District of Columbia Code,
Sections 404.01, 4502 (2001 ed.))

Respectfully submitted,

JESSIE K. LIU
United States Attorney
D.C. Bar No. 472845

By:

KEVIN L. ROSENBERG
Ohio Bar No. 0081448
Assistant United States Attorney
Violent Crime and Narcotics Trafficking Section
555 4th Street, N.W.
Washington, D.C. 20530
Telephone No. (202) 252-7833
Kevin.Rosenberg@usdoj.gov

8